UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No. 1:23-cv-1580-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE FOR ONE MONTH<br><br>(ECF No. 28) |

On February 4, 2025, the parties filed a Stipulated Request to Extend the Summary Judgment Briefing Schedule for One Month. (ECF No. 28). The Court has reviewed the Stipulated Request and finds good cause exists to extend the schedule to provide the parties an opportunity to explore settlement of this case. Therefore, the Stipulated Request is GRANTED.

Accordingly, IT IS ORDERED as follows:

Defendant's Motion for Summary Judgement is due on or before March 21, 2025;

Plaintiff's Opposition and Cross Motion for Summary Judgement is due on or before May 5, 2025;

Defendant's Opposition to Plaintiff's Cross Motion and Reply in support of its Motion is due on or before June 18, 2025;

\\\

\\\

Plaintiff's reply in support of it's Motion for Summary Judgment is due on or before July 14, 2025.

IT IS SO ORDERED.

Dated: **February 5, 2025**       /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE