1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF CALIFORNIA

7

8  EARTH ISLAND INSTITUTE, a non-profit          CASE NO. 1:23-cv-01580-JLT-EPG
   corporation,
9                                                 MOTION FOR A CONTINUANCE OF THE
                        Plaintiff,                OCTOBER 7, 2025, DEADLINE TO FINALIZE
10                                                THE SETTLEMENT AND FILE THE
   v.                                             DISMISSAL OF THIS CASE IN LIGHT OF
11                                                LAPSE OF APPROPRIATIONS; ORDER

12  UNITED STATES FOREST SERVICE,
    an agency of the United States Department
13  of Agriculture,

14                      Defendant.

15

16          The United States Forest Service hereby moves for a continuance of the October 7, 2025,

17  deadline to finalize the settlement and file the dismissal in the above-captioned case. The only remaining

18  aspect of the settlement is payment of the settlement funds.

19          1.      At the end of the day on September 30, 2025, the appropriations that have been funding

20  the Department of Justice expired and appropriations to the Department lapsed. The Department does

21  not know when funding will be restored by Congress.

22          2.      Absent an appropriation or continuing resolution, Department of Justice attorneys are

23  prohibited from working, even on a voluntary basis, except in very limited circumstances, including

24  "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That

25  exception is not deemed to include most civil cases.

26          3.      Undersigned counsel for the Department of Justice therefore requests a continuance of

27  the October 7, 2025, deadline to finalize the settlement and file the dismissal in the above-captioned case

28  until one month after Congress has restored appropriations to the Department.

1    4.    Subsequent to restored appropriations, counsel may also need to request extensions on

2    other impacted deadlines.

3        Therefore, the United States hereby moves for a continuance of the October 7, 2025, deadline to

4    finalize the settlement and file the dismissal in the above-captioned case until one month after

5    Department of Justice attorneys are permitted to resume their usual civil litigation functions.

6        Good cause exists to grant this request as described herein.

7                                    Respectfully requested,

8    Dated:  October 3, 2025                    ERIC GRANT
                                         United States Attorney
9

10                            By:    */s/ Kelli L. Taylor*
                                         KELLI L. TAYLOR
11                                        Assistant United States Attorney

12                                        Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

Good cause being established, the United States Forest Service's motion for a continuance of the October 7, 2025, deadline to finalize the settlement and file the dismissal in the above-captioned case is GRANTED.

The United States Forest Service's deadline to finalize the settlement and file the dismissal is hereby extended until one month after Department of Justice attorneys are permitted to resume their usual civil litigation functions.

IT IS SO ORDERED.

Dated:    **October 8, 2025**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

3