UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No. 1:23-cv-01580-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 40). |

On December 1, 2025, Plaintiff Earth Island Institute and Defendant United States Forest Service filed a joint stipulation dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 40). In light of the parties' stipulation, this action has been terminated with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 2, 2025**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1